# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

REV. CALVIN WARREN,

    Plaintiff,

v.

REV. DR. BERNICE KING, *et al*.,

    Defendants.

Case No. 2:07-CV-00680-KJD-GWF

**ORDER**

    Presently before the Court is the Findings and Recommendations (#3) of Magistrate Judge George Foley, Jr. recommending that Plaintiff's complaint be dismissed with prejudice as frivolous. On June 14, 2007, Plaintiff timely filed Objections (#5) to the Findings and Recommendations. The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court finds that the Findings and Recommendations (#3) of the United States Magistrate Judge entered June 4, 2007, should be adopted and affirmed. Plaintiff's complaint is completely frivolous. Furthermore, Plaintiff's objections to the magistrate's order are merely Plaintiff's irrational rantings that bear no relationship to the order of the magistrate judge.

    IT IS THEREFORE ORDERED that Findings and Recommendations (#3) of the United States Magistrate Judge entered June 4, 2007, are **ADOPTED** and **AFFIRMED**;

1  IT IS FURTHER ORDERED that Plaintiff's complaint is **DISMISSED with prejudice as**
2  **frivolous**.
3  DATED this 28th day of June 2007.
4
5
6  _____
7  Kent J. Dawson
   United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

2